[No. 63018-1-I. Division One. March 15, 2010.]

*In the Matter of the Parentage of* I.S.

STEVEN SALEH, *Respondent*, v. MARLENE WRIGHT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-5-01233-2, James A. Doerty, J., entered January 15, 2009. *Affirmed* by unpublished opinion per Schindler, C.J., concurred in by Ellington and Dwyer, JJ.

[No. 63067-9-I. Division One. March 15, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY GEORGE HERBERT, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 08-1-02937-3, Ellen J. Fair, J., entered February 4, 2009. *Affirmed* by unpublished opinion per Leach, J., concurred in by Schindler, C.J., and Ellington, J.

[Nos. 63229-9-I; 63681-2-I. Division One. March 15, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL RYTHER ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for King County, No. 08-1-03484-1, Jeffrey M. Ramsdell, J., entered March 17, 2009. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 63257-4-I. Division One. March 15, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. BRYAN EDWARDS CORBETT, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-09464-9, Deborah D. Fleck, J., entered April 2, 2009. *Affirmed* by unpublished opinion per Lau, J., concurred in by Becker and Cox, JJ.